IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: DANIEL W. & LISA M. DEVANEY ) | |
| ) | |
| WASHINGTON MUTUAL BANK, ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 05B50123 |
| ) | JUDGE MANUEL BARBOSA |
| DANIEL W. & LISA M. DEVANEY, ) | |
| Debtor ) | |

**RESPONSE TO NOTICE OF PAYMENT OF FINAL MORTGAGE CURE**

Now comes CLIENT, by and through its attorneys, Pierce & Associates, P.C., and hereby responds to the Notice of Payment of Final Mortgage Cure, stating as follows:

1. The Debtor is due for the August 1, 2006 contractual payment and all those thereafter.

2. The following is an itemization of the amounts due on the loan as of September 5, 2006:

    a.  Attorney's fees for Response                              $250.00

    b.  Attorney's fees                                            $525.00

    c.  8/06 – 9/06 Payments     2 @ $1252.17           $2,504.34

    d.  Escrow Shortage                                            $456.73

    e.  Late charges             4 @ $43.78               $175.12

    f.  Less suspense                                          - $1,649.52

Respectfully Submitted,
Washington Mutual Bank

/s/A. Stewart Chapman
A. Stewart Chapman/ARDC#6255733

Pierce and Associates, P.C.
1 NORTH DEARBORN STREET, STE 1300
Chicago, Illinois 60602
(312)346-9088